**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF MICHIGAN**
**NORTHERN DIVISION**

In The Matter Of:                   In Bankruptcy:

ROBERT HENRY HERBER            Case No. 09-21853-DSO
TAMMY MARIE HERBER             Chapter 7
                                                               Hon. DANIEL S. OPPERMAN

               Debtor(s).                   /

## **CERTIFICATE OF DISTRIBUTION**

       Randall L. Frank, Trustee of the above-named estate, hereby states the following:

       1.      That the Trustee has fully administered this estate by either liquidating or abandoning all property of the estate;

       2.      That the Trustee has collected $10,354.87 and disbursed $320.58, leaving a balance on hand of $10,034.29, which funds are deposited in an account at Bank of Texas;

       3.      That of the funds on hand the following distribution should be made:

| Chapter 7 Administrative Expenses | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|
| RANDALL L. FRANK FEE per c/o 6/10/13 | $1,785.49 | % 100.00 | $1,785.49 |
| RANDALL L. FRANK EXPENSE per c/o 6/10/13 | $120.00 | % 100.00 | $120.00 |
| RANDALL L. FRANK, ATTORNEY FOR TRUSTEE FEES per c/o 6/10/13 | $1,397.50 | % 100.00 | $1,397.50 |
| | | **Subtotal:** | **$3,302.99** |

| Priority Claims | | Amount Allowed | % Paid | Amount Paid |
|---|---|---|---|---|
| 4 | Internal Revenue Service | $14,468.94 | % 31.21 | $4,515.52 |
| 8 | Michigan Department of Treasury | $3,120.10 | % 31.21 | $973.73 |
| 13 | Michigan Department of Treasury | $3,979.85 | % 31.21 | $1,242.05 |
| | | | **Subtotal:** | **$6,731.30** |
| | | | **Total:** | **$10,034.29** |

The undersigned Trustee certifies under penalty of perjury that the foregoing is true and correct to the best of his knowledge.

Dated: June 11, 2013

/s/ Randall L. Frank
P.O. Box 2220
Bay City MI 48707-2220
Phone: (989) 893-2461
E-mail: randall.frank@gmail.com
[P33189]